**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRANDON HARRELL, | : | |
|    Plaintiffs, | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | NO. 11-7361 |
| KELLOGG COMPANY, et al., | : | |
|    Defendants. | : | |

## ORDER

     **AND NOW**, this _10th_ day of _September_, 2012, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 9) is **DENIED**.  It is further **ORDERED** that the Court's stay of discovery (ECF No. 36) is **LIFTED**.

                                                               s/Anita B. Brody

                                          _____
                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: